# EXHIBIT E

# Cole Schotz P.C.

901 Main Street, Suite 4120
Dallas, TX 75202
469-557-9390   469-533-1587 fax

New Jersey

New York

Delaware

Maryland

Florida

Gary R. Sorden
Member
Admitted in TX

Reply to Texas Office
Writer's Direct Line: 469-557-9397
Writer's Direct Fax: 469-466-6231
Writer's E-Mail: gsorden@coleschotz.com

August 26, 2019

**CONFIDENTIAL**

<u>*Via FedEx 7760 7632 3317*</u>
c/o General Counsel
MobileIron, Inc.
401 E. Middlefield Road
Mountain View, CA 94043

<u>*Via FedEx 7760 7637 4741*</u>
MobileIron, Inc.
c/o CT Corporation System
818 W. Seventh Street
Suite 930
Los Angeles, CA 90017

Re:   Notice of Infringement of BlackBerry Patents; Offer to License

Dear General Counsel:

BlackBerry Corporation is a pioneer in the fields of mobile communications, unified endpoint management, and end-to-end mobile security among others. The quality and breadth of its portfolio of about 37,500 patents and patent applications is a testament to its numerous innovations and contributions. I represent BlackBerry in its efforts to license its patent portfolio.

BlackBerry believes that MobileIron, Inc. (together with its affiliates and subsidiaries) infringes numerous BlackBerry patents by making, using, importing, selling, and/or offering to sell MobileIron products in or into the United States as detailed in the body of this letter.

BlackBerry offers MobileIron the opportunity to license one or more of these patents as well as its portfolio. If MobileIron is interested in discussing such a license, BlackBerry would like to arrange a meeting at your office in Mountain View, CA during **the week of September 9, 2019,** to discuss this matter in greater detail.

At that time, we would hope to reach agreement with you on an overall process and timetable for concluding such a license. We would also be prepared to (1) explain in greater detail the basis for our belief that MobileIron is infringing many of BlackBerry's patents, including presenting claim charts mapping claims of the patents to MobileIron products, and (2) present a specific, written offer for a license, including the amount of a royalty.

Cole Schotz P.C.

MobileIron
August 26, 2019
Page 2

**Please let us know as soon as possible, but no later than September 3, 2019, whether MobileIron is agreeable to such a meeting.**

Below are additional details regarding BlackBerry's infringement allegations:

<u>Patents Covering Unified Endpoint Management</u>

BlackBerry's patents include patents covering Unified Endpoint Management ("UEM"), Bring Your Own Device ("BYOD"), configuration management, policy management, security containers, security filters, browser filters, secure data transfer, authorized app access, and NFC/QR code device provisioning among others. BlackBerry believes that MobileIron infringes at least the following BlackBerry patents by making, using, importing, selling, and/or offering to sell MobileIron products in or into the United States.[1]

US 8,544,084  SYSTEM AND METHOD FOR SECURE CONTROL OF RESOURCES OF WIRELESS MOBILE COMMUNICATION DEVICES

US 9,282,099  SYSTEM AND METHOD FOR PRIVILEGE MANAGEMENT AND REVOCATION

US RE44,746  SYSTEM AND METHOD FOR HANDLING DATA TRANSFERS

US 8,442,489  SYSTEM AND METHOD FOR CONFIGURING DEVICES FOR SECURE OPERATIONS

US 9,270,682  ADMINISTRATION OF POLICIES FOR WIRELESS DEVICES IN A WIRELESS COMMUNICATION SYSTEM

US 8,005,469  SYSTEM AND METHOD FOR HANDLING DATA TRANSFERS

<u>Patents Covering Security</u>

BlackBerry's patents also include patents covering email encryption, access control, and entropy generation among others. BlackBerry believes that MobileIron infringes at least the following BlackBerry patents by making, using, importing, selling, and/or offering to sell MobileIron products in or into the United States.[2]

US 7,372,961 METHOD OF PUBLIC KEY GENERATION

---

[1] These products include but are not limited to MobileIron, MobileIron@work, MobileIron Cloud, MobileIron Core, MobileIron Access, and MobileIron Provisioner.

[2] These products include but are not limited to the MobileIron Platform (including MDMPP30 and MDMAEP30), MobileIron Sentry, MobileIron Cloud, MobileIron Go, MobileIron Work, AppConnect, and AppTunnel.

Cole Schotz P.C.

MobileIron
August 26, 2019
Page 3

US 8,931,045  METHOD AND APPARATUS FOR MANAGEMENT OF MULTIPLE GROUPED RESOURCES ON DEVICE

US 8,554,175  MANAGING MOBILE DEVICE APPLICATIONS ON A MOBILE DEVICE

US 9,077,769  COMMUNICATIONS SYSTEM PROVIDING ENHANCED TRUSTED SERVICE MANAGER (TSM) VERIFICATION FEATURES AND RELATED METHODS

Please note that the patents identified in this letter are merely illustrative examples of the patents in BlackBerry's portfolio that are relevant to MobileIron's businesses and are not intended to convey the totality of the relevant patents in BlackBerry's portfolio.

This letter constitutes notice of patent infringement under U.S. patent law, in particular 35 U.S.C. § 287(a).

If you have any questions, please do not hesitate to contact me. My phone number is (469) 557-9397, and my email address is gsorden@coleschotz.com.

Very truly yours,

*Gary R. Sorden* (signature)

Gary R. Sorden

GRS:ah